UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARDWICK,<br>   Petitioner,<br> v.<br>,<br>   Respondent. | Case No. 21-cv-09087-JD<br><br>**ORDER RE DISMISSAL** |

Petitioner, a state prisoner acting pro se, sent a letter to the Court regarding habeas relief. Petitioner was sent a notice that he had not paid the filing fee, submitted a complete application for leave to proceed in forma pauperis ("IFP") or submitted a formal petition. He was provided twenty-eight days correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee, filed a complete application to proceed IFP, submitted a formal petition or otherwise communicated with the Court. The case is **DISMISSED** without prejudice. A certificate of appealability is **DENIED**.

  **IT IS SO ORDERED.**

Dated: 1/12/2022

_____
JAMES DONATO
United States District Judge